# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2020

159748

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 159748
COA: 333535
Macomb CC: 2014-003080-FC

MARK ANTHONY VARNER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 16, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2020



Clerk

t0415